IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA CAVE AND SCOTT CAVE, on behalf of themselves and all others similarly situated | : : : | CIVIL ACTION |
| v. | : : | |
| SAXON MORTGAGE SERVICES, INC. AND OCWEN LOAN SERVICING, LLC | : : | NO. 11-4586 |

**ORDER**

**AND NOW**, this 30th day of May, 2012, upon consideration of Defendant Saxon Mortgage Services, Inc's ("Saxon") Motion to Dismiss (Docket No. 22), and all documents filed in connection thereto, and after a hearing on the Motion on May 2, 2012, for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion to Dismiss is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The Motion to Dismiss is **DENIED** as to Counts I, II, and III.

2. The Motion is **GRANTED** as to Counts IV and V, and Counts IV and V are **DISMISSED** as against Saxon only.

3. Saxon shall file an answer to the Complaint within 20 days of the date of this Order.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.