IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA and SCOTT CAVE, on behalf of themselves and all others similarly situated : : v. : : SAXON MORTGAGE SERVICES, INC. and OCWEN LOAN SERVICING, LLC : | CIVIL ACTION NO. 11-4586 |

## ORDER

**AND NOW**, this 6th day of February, 2013, upon consideration of Plaintiffs' Motion for Reconsideration (Docket No. 48), and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that Plaintiffs' Motion for Reconsideration is **GRANTED**. The Court's December 12, 2012 Order **IS VACATED** insofar as it granted Ocwen's Motion to Dismiss with respect to Plaintiffs' UTPCPL claim and dismissed that claim. Ocwen's Motion to Dismiss is instead **DENIED** as to Count III (Violation of the UTPCPL).

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.