IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA and SCOTT CAVE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAXON MORTGAGE SERVICES, INC.,<br><br>Defendant. | Civ. A. No. 11-4586 |
| WILLIAM D. CAVE, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAXON MORTGAGE SERVICES, INC.,<br><br>Defendant. | Civ. A. No. 12-5366 |

**ORDER**

**AND NOW**, this 3rd day of March, 2016, upon consideration of Defendant Saxon Mortgage Services, Inc.'s Motion for Reconsideration (Civ. A. No. 11-4586, Docket Entry 165; Civ. A. 12-5366, Docket Entry 161) and all responses thereto, **IT IS HEREBY ORDERED** that the Motion is **GRANTED IN PART AND DENIED IN PART**.

The Motion is **GRANTED** as to that portion of the Court's Memorandum Opinion and Order dated October 19, 2015 (Civ. A. No. 11-4586, Docket Entries 158, 159; Civ. A. No. 12-5366, Docket Entries 154, 155) applicable to the Class sought to be certified in Civ. A. No. 12-

- 2 -

5366 (Cave II).  The portion of the Court's Opinion and Order related to the Class sought to be certified in Civ. A. No. 12-5366 is **VACATED**.

The Motion is **DENIED** in all other respects.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.