IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA and SCOTT CAVE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAXON MORTGAGE SERVICES, INC.,<br><br>Defendant. | Civ. A. No. 11-4586 |
| WILLIAM D. CAVE, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAXON MORTGAGE SERVICES, INC.,<br><br>Defendant. | Civ. A. No. 12-5366 |

## ORDER

**AND NOW**, this 11th day of October, 2016, **IT IS HEREBY ORDERED** as follows:

1. Plaintiffs' Motion to Certify Class (Civ. A. No. 11-4586 Docket Entry 99; Civ. A. No. 12-5366 Docket Entry 90) is **DENIED**.

2. Defendant's Motion for Leave to File a Brief in Reply to Plaintiffs' Supplemental Class Certification Brief (Civ. A. No. 11-4586 Docket Entry 186; Civ. A. No. 12-5366 Docket Entry 182) is **GRANTED**.

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.