IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA and SCOTT CAVE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAXON MORTGAGE SERVICES, INC.,<br><br>Defendant. | Civ. A. No. 11-4586 |
| WILLIAM D. CAVE, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAXON MORTGAGE SERVICES, INC.,<br><br>Defendant. | Civ. A. No. 12-5366 |

## **ORDER**

**AND NOW**, this 8th day of February, 2017, in consideration of Plaintiff William D. Cave's Motion for Reconsideration of the Court's Order of October 11, 2016 Concerning the Cave II Motion for Class Certification (Civ. A. No. 12-5366 Docket Entry 195), and all Responses and Replies thereto, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova

_____
John R. Padova, J.