IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA AND SCOTT CAVE<br><br>       Plaintiffs,<br>v.<br><br>SAXON MORTGAGE SERVICES, INC.,<br>       Defendant. | Case No. 2:11-CV-04586-JP<br>Hon. John R. Padova |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Lisa and Scott Cave and Defendant Saxon Mortgage Services, Inc., hereby stipulate and agree that the above-captioned action is voluntarily dismissed with prejudice, each party to bear its own costs, expenses, and attorneys' fees.

**STIPULATED AND AGREED:**

**MORGAN, LEWIS & BOCKIUS LLP**

s/ Jason R. Scherr
Jason R. Scherr  (*pro hac vice*)
Patrick A. Harvey (*pro hac vice*)
Stephanie Schuster (*pro hac vice*)
1111 Pennsylvania Avenue
Washington, DC 20004
Tel: (202) 739-3000
jr.scherr@morganlewis.com
stephanie.schuster@morganlewis.com


Ezra D. Church
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5000
echurch@morganlewis.com

*Counsel for Defendant*

**BERGER & MONTAGUE, P.C.**

s/ Eric Lechtzin
Todd S. Collins
Eric Lechtzin
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-300
tcollins@bm.net
elechtzin@bm.net

**LAW OFFICE OF ANN MILLER**
Ann Miller
1657 The Fairway #132
Jenkintown, PA
Tel: (215) 238-0468
am@attorneyannmiller.com

*Counsel for Plaintiffs*